AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

BARBARA HAINES, DOROTHY LOUVEN, AND KIM SPEARMAN, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

THE GENERAL PENSION PLAN OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS, et al.,

*Defendant(s)*

Civil Action No. 1:12-cv-1870-RMC

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Frank Hanley
22 Willow Oak Avenue
Oceanview, DE 19970-3212

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gregory Y. Porter (D. C. Bar No. 458603)
Bailey & Glasser, LLP
910 17th Street, NW
Suite 800
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/24/2013

/s/ Reginald D. Johnson

*Signature of ~~Clerk or~~ XXXXX Deputy Clerk*

Civil Action No. 1:12-cv-1870-RMC

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Frank Hanley

was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________

____________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________

____________ , a person of suitable age and discretion who resides there,

on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ____________

____________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

____________
*Printed name and title*

____________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

BARBARA HAINES, DOROTHY LOUVEN, AND KIM SPEARMAN, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

THE GENERAL PENSION PLAN OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS, et al.,

*Defendant(s)*

Civil Action No. 1:12-cv-1870-RMC

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Rodger Kaminska
14700 NW 66th Street
Kansas City, MO 64152-8727

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gregory Y. Porter (D. C. Bar No. 458603)
Bailey & Glasser, LLP
910 17th Street, NW
Suite 800
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/24/2013

/s/ Reginald D. Johnson

*Signature of Clerk or Deputy Clerk*

XXXX

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:12-cv-1870-RMC

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Rodger Kaminska
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________
____________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

____________
*Printed name and title*

____________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

BARBARA HAINES, DOROTHY LOUVEN, AND KIM SPEARMAN, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

THE GENERAL PENSION PLAN OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS, et al.,

*Defendant(s)*

Civil Action No. 1:12-cv-1870-RMC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* William T. Cagney
1772 Timothy Drive
West Mifflin, PA 15122-3153

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gregory Y. Porter (D. C. Bar No. 458603)
Bailey & Glasser, LLP
910 17th Street, NW
Suite 800
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/24/2013

/s/ Reginald D. Johnson

*Signature of Clerk or Deputy Clerk* XXXX

Civil Action No. 1:12-cv-1870-RMC

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* William T. Cagney

was received by me on *(date)* __________ .

❒ I personally served the summons on the individual at *(place)* __________

__________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* __________

__________ , a person of suitable age and discretion who resides there,

on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* __________ , who is designated by law to accept service of process on behalf of *(name of organization)* __________

__________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because __________ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

BARBARA HAINES, DOROTHY LOUVEN, AND KIM SPEARMAN, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

THE GENERAL PENSION PLAN OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS, et al.,

*Defendant(s)*

Civil Action No. 1:12-cv-1870-RMC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Robert T. Heenan
1375 Virginia Drive, Ste. 100
Fort Washington, PA 19034-3257

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gregory Y. Porter (D. C. Bar No. 458603)
Bailey & Glasser, LLP
910 17th Street, NW
Suite 800
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/24/2013

/s/ Reginald D. Johnson
*Signature of Clerk or Deputy Clerk*
XXX

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:12-cv-1870-RMC

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Robert T. Heenan

was received by me on *(date)* __________ .

❒ I personally served the summons on the individual at *(place)* __________

__________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* __________

__________ , a person of suitable age and discretion who resides there,

on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* __________ , who is designated by law to accept service of process on behalf of *(name of organization)* __________

__________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because __________ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __________

____________________

*Server's signature*

____________________

*Printed name and title*

____________________

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

BARBARA HAINES, DOROTHY LOUVEN, AND KIM SPEARMAN, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

THE GENERAL PENSION PLAN OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS, et al.,

*Defendant(s)*

Civil Action No. 1:12-cv-1870-RMC

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Brian E. Hickey
10322 LaCrosse Avenue
Oak Lawn, IL 60453-4737

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gregory Y. Porter (D. C. Bar No. 458603)
Bailey & Glasser, LLP
910 17th Street, NW
Suite 800
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/24/2013

/s/ Reginald D. Johnson

*Signature of Clerk or Deputy Clerk* XXXX

Civil Action No. 1:12-cv-1870-RMC

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Brian E. Hickey

was received by me on *(date)* __________ .

❒ I personally served the summons on the individual at *(place)* __________

__________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* __________

__________ , a person of suitable age and discretion who resides there,

on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* __________ , who is designated by law to accept service of process on behalf of *(name of organization)* __________

__________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because __________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __________

____________________

*Server's signature*

____________________

*Printed name and title*

____________________

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| BARBARA HAINES, DOROTHY LOUVEN, AND KIM SPEARMAN, individually and on behalf of all others similarly situated,<br>*Plaintiff(s)*<br>v.<br>THE GENERAL PENSION PLAN OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS, et al.,<br>*Defendant(s)* | Civil Action No. 1:12-cv-1870-RMC |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Mark Holliday
19351 Towercrest Drive
Oregon City, OR 97045-7923

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gregory Y. Porter (D. C. Bar No. 458603)
Bailey & Glasser, LLP
910 17th Street, NW
Suite 800
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/24/2013

/s/ Reginald D. Johnson

*Signature of Clerk or Deputy Clerk* XXXX

Civil Action No. 1:12-cv-1870-RMC

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Mark Holliday
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________
____________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

____________
*Printed name and title*

____________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

BARBARA HAINES, DOROTHY LOUVEN, AND KIM SPEARMAN, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

THE GENERAL PENSION PLAN OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS, et al.,

*Defendant(s)*

Civil Action No. 1:12-cv-1870-RMC

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Louis G. Rasetta
10 Bridle Path 10
Holliston, MA 01746-1748

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gregory Y. Porter (D. C. Bar No. 458603)
Bailey & Glasser, LLP
910 17th Street, NW
Suite 800
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/24/2013

/s/ Reginald D. Johnson

*Signature of Clerk or Deputy Clerk* XXXX

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:12-cv-1870-RMC

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Louis G. Rasetta

was received by me on *(date)* __________ .

❒ I personally served the summons on the individual at *(place)* __________

__________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* __________

__________ , a person of suitable age and discretion who resides there,

on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* __________ , who is designated by law to accept service of process on behalf of *(name of organization)* __________

__________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because __________ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

BARBARA HAINES, DOROTHY LOUVEN, AND KIM SPEARMAN, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

THE GENERAL PENSION PLAN OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS, et al.,

*Defendant(s)*

Civil Action No. 1:12-cv-1870-RMC

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Bruce Tarvin
222 Pearl Street
Anderson, IN 46017-1607

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gregory Y. Porter (D. C. Bar No. 458603)
Bailey & Glasser, LLP
910 17th Street, NW
Suite 800
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/24/2013

/s/ Reginald D. Johnson

*Signature of Clerk or Deputy Clerk* XXXX

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:12-cv-1870-RMC

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Bruce Tarvin
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc: